IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-13-BO-KS

| | |
|---|---|
| JORDAN DUBLIN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| LEXIS NEXIS RISK SOLUTIONS INC., ) | |
|     Defendant. ) | |

This cause comes before the Court on plaintiff's failure to pay the filing fee or file an amended motion to proceed *in forma pauperis* within the time provided. [DE 8]. Plaintiff has been warned that failure to comply with the Court's May 5, 2025, order by either paying the filing fee or filing an amended motion to proceed *in forma pauperis* would result in dismissal with prejudice for failure to prosecute. *Id.*

Plaintiff has failed to comply with the Court's order, and the time for doing so has expired. This action is therefore DISMISSED with prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). The clerk is DIRECTED to close the case.

SO ORDERED, this 19 day of May 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE