UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JORDAN DUBLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| LEXIS NEXIS SOLUTIONS INC. ) | 5:25-CV-13-BO-KS |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED with prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

This case is closed.

**This judgment filed and entered on May 20, 2025, and served on:**
Jordan Dublin (via CM/ECF Notice of Electronic Filing)

May 20, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk